**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FITLER CLUB, LLC,** | : | **CIVIL ACTION** |
| | : | |
| Plaintiff, | : | |
| | : | |
| **v.** | : | |
| | : | **NO. 25-6001** |
| **MORABITO CONSULTANTS, INC.,** | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 21st day of April, 2026, upon consideration of Plaintiff's Motion to Remand (ECF No. 15), and the responses thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** that, pursuant to 28 U.S.C. § 1447(c), this action is hereby **REMANDED** to the Philadelphia Court of Common Pleas.

BY THE COURT:

_____
Hon. Mia R. Perez